# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>DIAZ RICARDO & DIAZ VICENTE dba LOS PANCHOS TACO SHOPS, RICARDO DIAZ, VICENTE DIAZ; and DOES 1-10, inclusive,<br>　　　　　　　　　　Defendants. | CASE NO. 06-CV-02104-JM<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

　　Pursuant to the Motion for Voluntary Dismissal brought by plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES through their respective attorneys of record,

　　IT IS HEREBY ORDERED that all defendants are dismissed with prejudice from plaintiffs' complaint in the above-entitled action, and plaintiffs' complaint is dismissed with prejudice in its entirety.

　　**IT IS SO ORDERED.**

DATED: April 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All Parties

06CV02104